NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VLSI TECHNOLOGY LLC,**
*Plaintiff-Appellee*

**v.**

**INTEL CORPORATION,**
*Defendant-Appellant*

---

2022-1906

---

Appeal from the United States District Court for the Western District of Texas in No. 6:21-cv-00057-ADA, Judge Alan D. Albright.

---

**ON MOTION**

---

Before LOURIE, DYK, and TARANTO, *Circuit Judges*.

PER CURIAM.

**O R D E R**

VLSI Technology LLC moves for leave to file supplemental briefing on two discrete issues raised at oral argument in the above-captioned appeal, and VLSI attaches its

proposed brief. The motion indicates Intel Corporation opposes the request.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the following extent:

(1) The proposed supplemental brief is accepted.

(2) Intel shall file a responsive brief, limited to ten pages, by 2:00 p.m. (Eastern) on Monday, October 23, 2023.

(3) VLSI may file a reply brief, limited to three pages, by 2:00 p.m. (Eastern) on Thursday, October 26, 2023.

FOR THE COURT

October 16, 2023
Date

Jarrett B. Perlow
Clerk of Court