# United States Court of Appeals for the Federal Circuit

---

**VLSI TECHNOLOGY LLC,**
*Plaintiff-Appellee*

**v.**

**INTEL CORPORATION,**
*Defendant-Appellant*

---

2022-1906

---

Appeal from the United States District Court for the Western District of Texas in No. 6:21-cv-00057-ADA, Judge Alan D. Albright.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, REVERSED IN PART, VACATED IN PART, AND REMANDED**

FOR THE COURT

December 4, 2023
Date

Jarrett B. Perlow
Clerk of Court